**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**HENRY A. HARMON**                                                                                          **PLAINTIFF**
**ADC #103609**

**V.**                                       **NO. 4:22-cv-00716-BRW-ERE**

**CLAUDIA M. HARRIS,** *et al.*                                                                       **DEFENDANTS**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, I approve and adopt the Recommended Disposition in all respects.

Accordingly, Defendants' motion to dismiss (Doc. No. 17) is GRANTED, and Mr. Harmon's claims against Defendants are DISMISSED, without prejudice.

An in forma pauperis appeal of this dismissal would be frivolous and not taken in good faith.

In the future, this dismissal will be considered a "strike" for purposes of 28 U.S.C. § 1915(g).

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED this 3rd day of February, 2023.


                                                Bill Roy Wilson
                                               UNITED STATES DISTRICT JUDGE