IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HARRY A. HARMON**  **PLAINTIFF**
ADC #103609

V.                          NO. 4:22-cv-00716-BRW-ERE

**CLAUDIA M. HARRIS,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 3rd day of February, 2023.


Bill Roy Wilson
UNITED STATES DISTRICT JUDGE